**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NEW GENERATION DEVICES, INC., :
     Plaintiffs,   :  Civil Action No. 04-2583(KSH)
           :
           :
  v.         :
           :
SLOCUM ENTERPRISES, INC., et al., :  REPORT & RECOMMENDATION
     Defendants   :

This matter having come before the Court on the motion to dismiss the Complaint for

lack of personal jurisdiction; and the Hon. Katharine S. Hayden having referred this motion to

the Undersigned for a report and recommendation; and the Court having considered the

submissions, arguments, and representations of the parties; and for the reasons set forth in the

Report and Recommendation delivered on the record on May 23, 2005; and for good cause

shown,

IT IS ON THIS 28th day of May, 2005

RECOMMENDED THAT the Hon. Katharine S. Hayden dismiss the Complaint against

both defendants for lack of personal jurisdiction[1]; and

---

   [1]By way of Order dated May 23, 2005, the Court ordered the parties to show cause why this case
should not be transferred to the District of Oregon, District of Columbia, or another proper forum.  In
response to the Order to Show Cause, the parties both stated that the case should not be transferred to
Oregon as plaintiff has already successfully argued that there is no personal jurisdiction over it and the
defendants want to pursue the jurisdictional appeal.  Furthermore, the parties have asserted that the case
should not be transferred to the federal district where the Patent and Trademark Office is located
because, to the parties, it is not clear that a court in that district would have personal jurisdiction.
Furthermore, no party consents to such a transfer.  The Court is not going to decide in this case whether
or not jurisdiction lies in that forum but its silence is not meant to be construed that it agrees with the
contentions of the parties.

   Curiously, no party has suggested that it either will agree to go to a forum where jurisdiction
clearly exists over the other party and no party has suggested a forum where the case could have been
otherwise been brought.  The Court, therefore, questions whether or not either party truly seeks to pursue
their claims.  Therefore, while the Court believes it has the authority to transfer a case to a forum where
it might otherwise have been brought, it will decline to do so.

THE PARTIES are hereby advised that they have 10 days from the date of this Report

and Recommendation to file any objections.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE