**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8493
(973) 297-6627
Michael R. Friscia (MF-8363)
Scott S. Christie (SC-8280)
Attorneys for Plaintiff,
New Generation Devices, Inc.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW GENERATION DEVICES, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SLOCUM ENTERPRISES, INC., an Oregon Corporation; and D. BARCLAY SLOCUM TRUST AGREEMENT,<br><br>Defendants. | Civil Action No.: 04-2583 KSH<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT S. CHRISTIE** |

I, **SCOTT S. CHRISTIE**, hereby declare as follows:

1. I am a partner of the law firm of McCarter & English, LLP, counsel for plaintiff New Generation Devices (hereinafter, "New Generation") in the above-captioned action. I submit this Supplemental Declaration in support of New Generation's Objections to the May 28, 2005 Report and Recommendation of Magistrate Judge Patty Shwartz recommending granting the Defendants' Motion to Dismiss for lack of personal jurisdiction.

2. Attached hereto as Exhibit A is a true and correct copy of page 83 of the deposition of Theresa Slocum, which I conducted on February 28, 2005 and April 1, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of the Transcript of Declaratory Judgment Motion Before the Hon. Patty Shwartz, U.S.M.J, dated May 23, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of June, 2005.

_Scott S. Christie_
Scott S. Christie