# EXHIBIT A

CONFIDENTIAL - ATTORNEYS EYES ONLY

1  A    Just the products we sell.

2  Q    What about other fliers or other promotional

3  material, is there additional -- is there additional

4  fliers or promotional material that Slocum Enterprises

5  sends out?

6  A    We put fliers in products that we send to our

7  customers.

8  Q    So in addition to the product, you get a

9  flier?

10 A    Sometimes, or a notice, for instance, if we

11 are refurbishing blades, they will go in the product

12 that we send them.

13 Q    So if any of those products are purchased by

14 residents of New Jersey, they would get the product as

15 well as the flier?

16 A    Correct.

17 Q    Is that a fairly universal practice, putting

18 these fliers in and sending them to your customers, or

19 does it happen sporadically?

20 A    It's sporadic.

21 Q    Would you be able to tell me which -- which

22 New Jersey residents or how many New Jersey residents

23 received fliers?

24 A    They would be the 12 customers that you have

25 in your list.