UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW GENERATION DEVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SLOCUM ENTERPRISES, INC. AND D. BARCLAY SLOCUM TRUST AGREEMENT <br><br> Defendants. | Civil Action No. 04-2583 (KSH) <br><br><br> **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before this Court upon defendants' motion to dismiss for lack of personal jurisdiction; said matter having been referred to Magistrate Judge Patty Shwartz; Judge Shwartz having heard oral argument and delivered a Report and Recommendation ("R & R") from the bench, recommending that this Court dismiss the complaint against both defendants for lack of personal jurisdiction; this Court having reviewed *de novo* the R & R of Magistrate Judge Shwartz; and the Court having considered plaintiff's objections to the R & R; for the reasons set forth in the Court's opinion filed herewith,

**IT IS** on this 15th day of November, 2005,

**ORDERED** that the Court **adopts** Magistrate Judge Shwartz's Report and Recommendation;

It is further **ORDERED** that plaintiff's complaint is hereby dismissed.

    **SO ORDERED.**

                                          /s/ Katharine S. Hayden
                                        KATHARINE S. HAYDEN, U.S.D.J